IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02596-REB-MEH

BRUCE DENNING,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 12, 2006.**

For good cause shown, the Plaintiff's Unopposed Motion to Vacate Settlement Conference [Filed May 11, 2006; Docket #15] is **granted.**

The Settlement Conference scheduled in this matter for May 23, 2006, at 1:30 p.m. is **vacated** and the parties are excused from the duty to file Confidential Settlement Statements on or before May 16, 2006