# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No.  05-cv-02596-REB-OES

BRUCE DENNING,

    Plaintiff,

v.

HARTFORD LIFE & ACCIDENT INSURANCE COMPANY, a Connecticut corporation,

    Defendant.

## ORDER

**Blackburn, J.**

This matter is before me on the **Plaintiff's Unopposed Motion for Remand** [#14], filed May 11, 2006.  The plaintiff seeks a remand of this matter for further administrative consideration by the defendant of the plaintiff's claim for long-term disability benefits.  The defendant does not oppose this request.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Plaintiff's Unopposed Motion for Remand** [#14], filed May 11, 2006, is **GRANTED**;

2.  That this matter is **REMANDED** for further administrative consideration by the defendant of the plaintiff's claim for long-term disability benefits;

3. That under D.C.COLO.LCivR 41.2, this case is **ADMINISTRATIVELY CLOSED**; and

2

    4.  That absent the filing of a motion to reopen this case made within 30 days of the issuance of a decision by the defendant on the plaintiff's claim for long-term disability benefits, as described in the plaintiff's complaint, this case may be dismissed without further notice.

    Dated June 1, 2006, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn**
                                      **Robert E. Blackburn**
                                      **United States District Judge**